DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Emilio Huaracha Rodriguez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>EMILIO HUARACHA RODRIGUEZ,<br><br>         Defendant | Case No.: 2:11 CR 00135 JAM<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND TO EXCLUDE TIME |

The parties agree that time beginning September 20, 2011 and extending through November 1, 2011 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4).  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(8)(A).

More time is needed to review recently obtained additional discovery from the Government.  Additionally, counsel for Defendant is currently in trial until approximately September 27, 2011 in Sacramento County Superior Court, Department 28, in People v. James Carlton and will begin another Sacramento County Superior Court trial immediately thereafter.

PDF created with pdfFactory trial version www.pdffactory.com

The parties further request that this matter be taken off the September 20, 2011, calendar and be rescheduled to November 1, 2011 at 9:30 a.m..

Respectfully submitted,

Date:  9-19-11                                              By:  /s/ Danny D. Brace, Jr.,
                                                            DANNY D. BRACE, JR.,
                                                            Attorney for
                                                            Emilio Huaracha Rodriguez


Date:   9-19-11                                             By:/s/ Michael Beckwith
                                                            Authorized to sign for Mr. Beckwith
                                                            On September 19, 2011
                                                            MICHAEL BECKWITH
                                                            Assistant U.S. Attorney


**IT IS SO ORDERED:**
**Dated:  9/19/2011**

                                                            /s/ John A. Mendez_____
                                                            HON. JOHN A. MENDEZ

STIP AND ORDER TO EXTEND TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com