DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Emilio Huaracha Rodriguez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>EMILIO HUARACHA RODRIGUEZ,<br><br>　　　　　Defendant | ) Case No.: 2:11 CR 00135 JAM<br>)<br>) STIPULATION AND ORDER TO EXTEND<br>) TIME FOR HEARING AND TO EXCLUDE<br>) TIME<br>)<br>)<br>)<br>)<br>) |

　　　　The parties agree that time beginning December 6, 2011 and extending through January 17, 2012, should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4).  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(8)(A).

　　　　More time is needed to meet with defendant regarding a plea.  Additionally, counsel for Defendant is currently in trial until approximately December 14, 2011 in Sacramento County Superior Court, Department 14, in People v. Hightower.

STIP AND ORDER TO EXTEND TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

The parties further request that this matter be taken off the December 6, 2011, calendar and be rescheduled to January 17, 2012 at 9:30 a.m..

Respectfully submitted,

Date:   12-5-11                                              By:  /s/ Danny D. Brace, Jr.,
                                                             DANNY D. BRACE, JR.,
                                                             Attorney for
                                                             Emilio Huaracha Rodriguez


Date:   12-5-11                                              By:/s/ Michael Beckwith
                                                             Authorized to sign for Mr. Beckwith
                                                             On December 5, 2011
                                                             MICHAEL BECKWITH
                                                             Assistant U.S. Attorney


**IT IS SO ORDERED:**
**Dated:  12/5/2011**

                    /s/ John A. Mendez
                    HON. JOHN A. MENDEZ
                    U. S. DISTRICT COURT JUDGE

STIP AND ORDER TO EXTEND TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com