PHILLIP A. TALBERT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:11-CR-0135 JAM |
| Plaintiff, | STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR SENTENCING REDUCTION |
| v. | |
| EMILIO HUARACHA RODRIGUEZ, | |
| Defendant. | |

# STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, stipulate and agree that the briefing schedule for defendant's motion to reduce his sentence should be reset according to the following schedule:

| | |
|---|---|
| Government's Opposition: | April 18, 2017 |
| Defendant's Reply: | April 25, 2017 |
| Hearing: | May 2, 2017, at 9:30 a.m. |

IT IS SO STIPULATED.

PHILLIP A. TALBERT
United States Attorney

Dated:  March 31, 2017

/s/ JASON HITT
JASON HITT
Assistant United States Attorney

Dated:  March 31, 2017

/s/ JOHN BALAZS, Esq.
JOHN BALAZS, Esq.
Counsel for Defendant, authorized to sign for Mr. Balazs on March 31, 2017

1

**ORDER**

2

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

3

The briefing schedule on defendant's motion for a sentence reduction is revised as follows:

4

Government's Opposition:     April 18, 2017

5

Defendant's Reply:          April 25, 2017

6

Hearing:                    May 2, 2017, at 9:30 a.m.

7

8

**IT IS SO ORDERED**.

9

10

DATED: 4/3/2017                    /s/ John A. Mendez_____

11

JOHN A. MENDEZ
United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING BRIEFING
SCHEDULE ON DEFENDANT'S MOTION