# UNITED STATES DISTRICT COURT
для the

Eastern District of California

| | |
|---|---|
| United States of America | |
| v. | Case No: 2:11CR00135 -01 |
| EMILIO HUARACHA RODRIGUEZ | |
| | USM No: 65890-097 |
| Date of Original Judgment: 04/24/2012 | |
| Date of Previous Amended Judgment: | JOHN BALAZS, ESQ. |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   X the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   168   months **is reduced to**   151 MONTHS  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   04/26/2012   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   5/9/2017                        /s/ John A. Mendez
                                              *Judge's signature*

Effective Date:                               JOHN A. MENDEZ, U.S. DISTRICT COURT JUDGE
*(if different from order date)*              *Printed name and title*